STYLE: U.S. v. OTIS KENNETH MYREE HUDSON   CASE NUMBER: 2:25-cr-00233-CLM-GMB-1

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D COND. OR LTD. | RECEIVED | EXHIBITS -- DET. HEARING    5/06/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | PLAINTIFF – UNITED STATES OF AMERICA<br><br>GOVERNMENT – Allison Garnett, AUSA<br><br>DEFENDANT – Otis Hudson<br>Scott Boudreaux, Defense<br><br>COURT- Judge Staci G Cornelius, presiding |
| | 1 | 5-6-25 | | | | | | | 5-6-25 | 01 – Wiretap Call |
| | | | | | | | | | | Call session 353 |
| | 2 | 5-6-25 | | | | | | | 5-6-25 | 02 – Wiretap Call |
| | | | | | | | | | | Call session 355 |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |