FILED
2025 May-13 PM 08:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 25-CR-00233-CLM-GMB |
| **v.** | ) |
| | ) |
| **MARCUS DEWAYNE JOHNSON,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>WAIVER OF DETENTION HEARING</u>

**COMES NOW** the Defendant, MARCUS DEWAYNE JOHNSON, by and through his undersigned counsel, and hereby waives the Detention Hearing scheduled for May 15, 2025, without prejudice. In support of this Motion, Defendant states the following:

1. Defendant Marcus Johnson and thirteen codefendants were charged in a 59-count Indictment filed April 23, 2025, with offenses involving an alleged conspiracy to possess with intent to distribute various controlled substances, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) and (b)(1)(D).

2. Mr. Johnson made his Initial Appearance and was Arraigned on April 29, 2025. Mr. Johnson entered a plea of not guilty.

3. Pursuant to the Government's that he remain in custody pending trial, the Court ordered Mr. Johnson to be temporarily detained and scheduled a Detention Hearing for May 15, 2025. (Doc. 22)

4. The undersigned counsel met with Mr. Johnson on May 9, 2025, and after discussions with counsel, he agreed that pursuing release at this time would not be prudent.

5. Mr. Johnson does, however, wish to retain the right to request a detention hearing at a later date if he determines that circumstances warrant his release on bond pending trial.

**WHEREFORE**, based upon the foregoing, the Defendant, Marcus Johnson waives the Detention Hearing currently set for May 15, 2025.

Respectfully submitted,

*/s/Jennifer A. Hart*
**JENNIFER A. HART (HAR189)**
Attorney for the Defendant
429 Green Springs Hwy., Suite 161-357
Birmingham, Alabama 35209
Phone: (205)531-4910
Email: jhart.defense.atty@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for the Government, Assistant United States Attorney ALLISON J. GARNETT, 1801 4th Avenue North, Birmingham, AL 35203.

                                              */s/Jennifer A. Hart*_____
JENNIFER A. HART (HAR189)
Attorney for the Defendant
429 Green Springs Hwy., Suite 161-357
Birmingham, Alabama 35209
Phone: (205)531-4910
Email: jhart.defense.atty@gmail.com